UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 4:11CR426 HEA |
| JASON STEWART, | ) |  |
| Defendant. | ) |  |

## ORDER

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Wednesday, December 14, 2011, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 9th day of December, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE